| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | MICHAEL D. CELIO, SBN 197998 |
| 2 |    mcelio@gibsondunn.com |
| | 1881 Page Mill Road |
| 3 | Palo Alto, CA  94304-1211 |
| | Telephone: 650.849.5300 |
| 4 | Facsimile:  650.849.5333 |

GIBSON, DUNN & CRUTCHER LLP
MATTHEW S. KAHN, SBN 261679
   mkahn@gibsondunn.com
IAN T. LONG, SBN 290975
   ilong@gibsondunn.com
ANDREA HADJIYIANNI, SBN 318751
   ahadjiyianni@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

Attorneys for Defendant VEON Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEPPECHANGE LLC, | CASE NO. 18-cv-04842 |
|---|---|
|         Plaintiff, | **NOTICE OF CHANGE IN COUNSEL FOR DEFENDANT VEON LTD** |
|    v. | |
| VEON LTD, WIND TRE S.P.A., and DOES 1-20, | |
|         Defendants. | |

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that COURTNEY C. AASEN (SBN 307404) is no longer counsel for Defendant VEON Ltd. in the above-entitled action.  Gibson, Dunn & Crutcher LLP will continue to represent VEON Ltd. in this matter.

Dated: August 14, 2018

                                            GIBSON, DUNN & CRUTCHER LLP

                                            By:  /s/ *Michael D. Celio*
                                                                    Michael D. Celio

                                            Attorneys for Defendant VEON Ltd.