1  KEKER, VAN NEST & PETERS LLP
   BENEDICT Y. HUR - # 224018
2  bhur@keker.com
   FRANCO MUZZIO - # 310618
3  fmuzzio@keker.com
   633 Battery Street
4  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
5  Facsimile:    415 397 7188

6  Attorneys for Defendant
   WIND TRE S.P.A.
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11 | STEPPECHANGE LLC,                     | Case No. 4:18-cv-04842-WHO
12 |              Plaintiffs,               | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT PURSUANT TO CIVIL L.R. 6-1**
13 |     v.                                 |
14 | VEON LTD, WIND TRE S.P.A., and DOES 1-20, | Judge:    Hon. William H. Orrick
15 |              Defendants.               | Date Filed: August 10, 2018
16 |                                        | Trial Date: Not set

1 | Pursuant to Civil Local Rule 6-1(a), Plaintiff SteppeChange LLC and Defendants VEON Ltd. and Wind Tre S.p.A. hereby stipulate that Defendants' deadlines to respond to the initial complaint are extended to September 14, 2018, and the parties have agreed to a briefing schedule for responses and replies that is set forth in a concurrently-filed stipulation pursuant to Civil L.R. 6-2.

This stipulation does not alter the date of any event or deadline already fixed by the Court. Defendants will not assert as a defense the sufficiency of service of process of the initial complaint. The parties agree that the filing of this stipulation does not waive any other defense, including, without limitation, any jurisdictional defenses.

Dated: August 17, 2018                                KEKER, VAN NEST & PETERS LLP

                                          By:   *s/Benedict Y. Hur*
                                                BENEDICT Y. HUR
                                                Attorney for Defendant
                                                WIND TRE S.P.A.

Dated: August 17, 2018                                GIBSON, DUNN & CRUTCHER LLP

                                          By:   *s/Micahel D. Celio*
                                                MICHAEL D. CELIO
                                                Attorney for Defendant
                                                VEON LTD.

Dated: August 17, 2018                                BUNSOW DE MORY LLP

                                          By:   *s/Aaron R. Hand*
                                                AARON R. HAND
                                                Attorney for Plaintiff
                                                STEPPECHANGE LLC

1293349

# **ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), Benedict Y. Hur attests that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

*s/Benedict Y. Hur*
Benedict Y. Hur