UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| Date: November 14, 2018 | Time: 16 minutes<br>2:32 p.m. to 2:48 p.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 18-cv-04842-WHO | Case Name: SteppeChange LLC v. VEON Ltd. | |

**Attorneys for Plaintiff:** Denise M. DeMory and Aaron R. Hand
**Attorneys for Defendant:** Ina T. Long, Michael D. Celio, Benedict Y. Hur, Travis S. Silva, and Franco Emilio Muzzio

**Deputy Clerk:** Jean Davis         **Court Reporter:** Debra Pas

## PROCEEDINGS

Counsel appear for hearing on motion to remand, motions to dismiss, and motion to compel arbitration.  The Court is inclined to deny the motion to remand.  Argument of counsel heard as to the motion to compel arbitration.  Defense reserves the right to renew its motions to dismiss upon the resolution of the issue of arbitration.  Motions taken under submission; written order to follow.